DJW/bh

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**TOMMY E. FULCHER, et al.,**

                **Plaintiffs,**

                                  **CIVIL ACTION**

**v.**

                                  **No. 06-2095-JWL-DJW**

**CITY OF WICHITA, et al.,**

                **Defendants.**

### ORDER

The Court's April 16, 2007 Scheduling Order (doc. 25) provided for a status conference to be held following the determination of class certification issues to set the deadlines for completing discovery and the filing of dispositive motions, and to schedule the pretrial conference.

The deadline for filing any motion for class certification was August 31, 2007. No motion for class certification was filed. The Court therefore sets the case for a telephone status conference to take place on **December 10, 2007 at 10:30 a.m.** The Court will initiate the telephone conference call. All attorneys who have entered an appearance in accordance with D. Kan. Rule 5.1(d) shall be available for the telephone conference call at the telephone numbers listed in the pleadings. If counsel will be at a different telephone number than that listed in the pleadings, counsel shall e-mail Lori Lopez with the appropriate contact information, at ksd_waxse_chambers@ksd.uscourts.gov, at least 48 hours prior to the setting.

At the status conference, the Court will set the deadlines for completing discovery and the filing of dispositive motions and will schedule the pretrial conference and trial. Prior to the status conference, counsel shall confer regarding these deadlines and the date for the pretrial conference. On or before **December 5, 2007**, Plaintiff's counsel shall submit an e-mail to the Court at

ksd_waxse_chambers@ksd.uscourts.gov setting forth the parties' proposed deadlines and pretrial conference date, and identifying any other issues the parties' wish to be addressed at the status conference.

**IT IS THEREFORE ORDERED** that this case is set for a telephone status conference on **December 10, 2007 at 10:30 a.m.**

**IT IS SO ORDERED.**

Dated in Kansas City, Kansas on this 26th day of November 2007.

s/ David J. Waxse  
David J. Waxse  
U.S. Magistrate Judge

cc:     All counsel and *pro se* parties